# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 23, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

      Re:   Robert Joseph Schmitt
            v. Texas
            No. 15-7070
            (Your No. WR-60,272-03)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 7, 2015 and placed on the docket November 23, 2015 as No. 15-7070.

Sincerely,

Scott S. Harris, Clerk

by

Michael Duggan
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk